1 OF 1 - LEGAL PAGES

COURT OF CRIMINAL APPEALS
CAPITOL STATION
AUSTIN, TEXAS

81,781-01

SHARON KELLER | WR-81,781-01 | ABEL ACOSTA
— JUDGE — | WRIT NO. | — CLERK —
| 04-00434-RR |

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta Clerk

CAUSE NO.

GREETINGS, AND RESPECT TO THIS COURT, AND THE PEOPLE WITH-IN (THERE-OF), THAT WORK FOR THE PEOPLE AND THEIR RIGHTS.

Am saying that I got a Court from this Court did sign (4-6-2015) Pre-Printed that a "motion" has been "dismissed", ? that a mere Libel note: Am (Pro Se) on all my legal business. What's up? ?

LEGAL QUOTE: FROM CLERK: ABEL ACOSTA (4-6-2015)

"ON THIS DAY, THIS COURT HAS (DISMISSED) APPLICANT'S "MOTION TO DISMISS"."

NOTE: MY: WRIT OF HABEAS CORPUS 11.07 GOT RE-CEIVED IN THIS COURT (MARCH 30, 2015), AND I WAS TOLD TO "RETURN AND FILE WITH DISTRICT CLERK" (4-1-2015) SO THAT'S WHAT I'M DOING. (ABEL) WHEN THIS UNITS ADMINISTRATION PERMITS. WITH INTEGRITY/RESPECT

"UNSWORN DECLARATION"
4-13-2015
DATE:

(Pro Se)

P.S. LEGAL NOTE: NAME, AND TIME
(4-14-2015) (8:30 AM)

PETITION FOR WRIT OF HABEAS CORPUS
WRIT

WAS PICKED UP THIS MORNING, AND
SAID LAW LIBRARY (MS. HANEY) MAILED IT,
TO DISTRICT CLERK IN THE COUNTY OF
CONVICTION, SAID CO (DALLAS CO. TX.)
THANKS
(Sig.)
Manning Miller
(Just informing legal mail) THERE-OF.

"THE BALL, IS IN THEIR COURT"